Rose M. Day, Respondent, *v.* Grand Union Company, Appellant, et al., Defendants.

Argued October 17, 1952; decided November 20, 1952.

822

*Thomas F. Tracy* and *Charles B. Sullivan* for appellant.

*James A. Leary, Walter A. Fullerton* and *Francis J. Keehan* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. Plaintiff established prima facie a cause of action in negligence. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.